[No. 11620–7–I.   Division One.   May 31, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
S. KANE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–8–03381–6, Norman W. Quinn, J., entered
April 14, 1982. *Dismissed* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Ringold, JJ.

[No. 10899–9–I.   Division One.   May 31, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01809–2, Horton Smith, J., entered
October 30, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Swanson and Callow, JJ.

[No. 11347–0–I.   Division One.   May 31, 1983.]

*In the Matter of the Welfare of*
BRENTIN LLOYD, ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent,* v. EDNA LLOYD, ET AL,
*Appellants.*

Appeal from judgments of the Superior Court for King
County, Nos. 80–7–00098–3, 80–7–00099–1, Robert E.
Dixon, J., entered February 1, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Callow and
Scholfield, JJ.